**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| EDDY ALBERTO LOPEZ | ) | Case No. 13-33401 |
| | ) | |
| Debtor(s) | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: October 6, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

\* \* \*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, affirms and certifies that a true, correct and **exact** copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object was served upon the attached SERVICE LIST by first class U.S. Mail on September 13, 2016.

GREGG SZILAGYI, Trustee

By: /s/ Gregg Szilagyi
One of his Attorneys

Gregg Szilagyi (ARDC #6198555)
542 South Dearborn Street
Suite 1400
Chicago, Illinois 60605
Telephone: (312) 663-0801

## SERVICE LIST

**Bank of America**
**4161 Piedmont Parkway**
**Greensboro, NC 27410**

**Sallie Mae**
**C/O Sallie Mae, Inc.**
**220 Lasley Ave.**
**Wilkes-Barre, PA 18706**

**USAA Federal Savings Bank**
**C/O Weinstein & Riley, P.S.**
**2001 Western Avenue, Ste 400**
**Seattle, WA 98121**

**Kalcheim Haber LLP**
**134 N Lasalle**
**Suite 2100**
**Chicago, IL 60602**

**Quantum3 Group LLC As Agent For**
**Comenity Bank**
**PO Box 788**
**Kirkland, WA 98083-0788**

**United States Trustee**
**219 S. Dearborn Street**
**Chicago, IL 60604**