UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
EDDY ALBERTO LOPEZ § Case No. 13-33401
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 101,474.50          Assets Exempt: 52,576.84
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,091.90     Claims Discharged
                                               Without Payment: 305,955.05

Total Expenses of Administration: 2,367.66

---

3) Total gross receipts of $ 30,360.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 22,900.93 (see **Exhibit 2**), yielded net receipts of $ 7,459.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 194,336.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,367.66 | 2,367.66 | 2,367.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 771.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,762.87 | 56,177.08 | 56,177.08 | 5,091.90 |
| **TOTAL DISBURSEMENTS** | $ 254,869.87 | $ 58,544.74 | $ 58,544.74 | $ 7,459.56 |

   4)  This case was originally filed under chapter 7 on  08/21/2013 . The case was pending for 40 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  12/15/2016            By:/s/GREGG SZILAGYI
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated personal injury settlement from auto accident 10 | 1129-000 | 30,360.49 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,360.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EDDY ALBERTO LOPEZ | Exemptions | 8100-002 | 14,400.00 |
| IRIS RIVERA | Non-Estate Funds Paid to Third Parties | 8500-002 | 8,500.93 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 22,900.93** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Po Box 15220 Wilmington, DE 19886 | | 21,982.00 | NA | NA | 0.00 |
| | Chase Po Box 15153 Wilmington, DE 19886 | | 135,411.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diversey Condo Association 6259 W Diversey Chicago, IL 60634 | | 630.00 | NA | NA | 0.00 |
| | Sallie Mae Home Loans Po Box 4400 Wilkes Barre, PA 18773 | | 36,313.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 194,336.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2100-000 | NA | 1,495.96 | 1,495.96 | 1,495.96 |
| Gregg Szilagyi | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 871.70 | 871.70 | 871.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,367.66** | **$ 2,367.66** | **$ 2,367.66** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer Po Box 4468 Carol Stream, IL 60197 | | 771.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 771.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bankruptcy Department PO Box 769 Arlington, TX 76004 | | 307.00 | NA | NA | 0.00 |
| | Bank of America Po Box 15102 Wilmington, DE 19886 | | 11,761.00 | NA | NA | 0.00 |
| | Bay Area Credit Service LLC Po Box 467600 Atlanta, GA 31146 | | 0.00 | NA | NA | 0.00 |
| | Bay Area Credit Service, LLC 1901 W 10th St Antioch, CA 94509 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Express/Comenity Bank Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Express/Comenity Bank Po Box 659728 San Antonio, TX 78265 | | 919.00 | NA | NA | 0.00 |
| | Kalcheim Haber LLP 134 N LaSalle Suite 2100 Chicago, IL 60602 | | 9,477.00 | NA | NA | 0.00 |
| | Sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | 17,802.00 | NA | NA | 0.00 |
| | USAA Savings Bank Po Box 47504 San Antonio, TX 78265 | | 19,496.87 | NA | NA | 0.00 |
| 5 | Bank Of America | 7100-000 | NA | 7,953.96 | 7,953.96 | 720.95 |
| 2 | Kalcheim Haber Llp | 7100-000 | NA | 9,696.30 | 9,696.30 | 878.87 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 973.85 | 973.85 | 88.27 |
| 4 | Sallie Mae | 7100-000 | NA | 17,886.43 | 17,886.43 | 1,621.23 |
| 3 | Usaa Federal Savings Bank | 7100-000 | NA | 19,666.54 | 19,666.54 | 1,782.58 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 59,762.87 | $ 56,177.08 | $ 56,177.08 | $ 5,091.90 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-33401 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | EDDY ALBERTO LOPEZ | | | | Date Filed (f) or Converted (c): | 08/21/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/07/2013 |
| For Period Ending: | 12/15/2016 | | | | Claims Bar Date: | 01/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Former Primary Residence 6259 W Diversey Unit 2N Chicago, IL | 83,601.50 | 0.00 | | 0.00 | FA |
| 2. Checking Account 8366 Bank of America | 382.00 | 0.00 | | 0.00 | FA |
| 3. Misc Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Collectibles | 50.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. 9mm Glock, Shield 9mm, Smith and Wesson snub nose, Daniel de | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Universal Life Insurance Policy Northwestern Mutual | 54.00 | 0.00 | | 0.00 | FA |
| 8. Pension Illinois Public Pension Fund Association | 33,990.84 | 0.00 | | 0.00 | FA |
| 9. Anticipated personal injury settlement from auto accident 10 | 30,360.49 | 0.00 | | 30,360.49 | FA |
| 10. 2012 Honda Civic 22,843 Miles | 17,873.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $170,011.83 | $0.00 | | $30,360.49 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IN PROCESS OF PAYING OUT EXEMPT ASSETS AND PREPARING TFR.

TFR TO BE FILED BY 8-31-2016

Initial Projected Date of Final Report (TFR): 11/01/2014    Current Projected Date of Final Report (TFR): 10/01/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-33401 | Trustee Name: GREGG SZILAGYI | |
| Case Name: EDDY ALBERTO LOPEZ | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0906 | |
| | CHECKING ACCOUNT | |
| Taxpayer ID No: XX-XXX3412 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/15/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/13 | 9 | Desane, Et Al | Settlement proceeds | 1129-000 | $30,360.49 | | $30,360.49 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $43.67 | $30,316.82 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.07 | $30,271.75 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.01 | $30,226.74 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.59 | $30,186.15 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.88 | $30,141.27 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.37 | $30,097.90 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.75 | $30,053.15 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.24 | $30,009.91 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.62 | $29,965.29 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.55 | $29,920.74 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.05 | $29,877.69 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.42 | $29,833.27 |
| | | | Page Subtotals: | | $30,360.49 | $527.22 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-33401 | Trustee Name: GREGG SZILAGYI |
| Case Name: EDDY ALBERTO LOPEZ | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0906 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX3412 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/15/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.92 | $29,790.35 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.29 | $29,746.06 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.23 | $29,701.83 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.88 | $29,661.95 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.10 | $29,617.85 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.61 | $29,575.24 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.97 | $29,531.27 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.48 | $29,488.79 |
| 10/28/15 | 1001 | EDDY ALBERTO LOPEZ 5717 W EDDY ST CHICAGO, IL 60634 | EXEMPTION FOR PERSONAL INJURY AWARD Reversal | 7990-000 | | ($14,400.00) | $43,888.79 |
| 10/28/15 | 1000 | EDDY ALBERTO LOPEZ | EXEMPTION FOR PERSONAL INJURY AWARD | 8100-000 | | $14,400.00 | $29,488.79 |
| 10/28/15 | 1001 | EDDY ALBERTO LOPEZ 5717 W EDDY ST CHICAGO, IL 60634 | EXEMPTION FOR PERSONAL INJURY AWARD | 7990-000 | | $14,400.00 | $15,088.79 |
| 10/28/15 | 1002 | IRIS RIVERA | DISTRIBUTION OF DEBTOR'S PI CASE | 8500-000 | | $8,500.93 | $6,587.86 |
| 12/30/15 | 1000 | EDDY ALBERTO LOPEZ | EXEMPTION FOR PERSONAL INJURY AWARD Reversal | 8100-000 | | ($14,400.00) | $20,987.86 |

Page Subtotals: $0.00   $8,845.41

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-33401  
Case Name: EDDY ALBERTO LOPEZ  
Taxpayer ID No: XX-XXX3412  
For Period Ending: 12/15/2016  

Trustee Name: GREGG SZILAGYI  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0906  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/15 | 1002 | IRIS RIVERA | DISTRIBUTION OF DEBTOR'S PI CASE Reversal | 8500-000 | | ($8,500.93) | $29,488.79 |
| 02/04/16 | 1003 | IRIS RIVERA<br>PO BOX 47835<br>CHICAGO, IL 60647 | SHARE OF PI SETTLEMENT PER AGREEMENT | 8500-002 | | $8,500.93 | $20,987.86 |
| 02/10/16 | 1004 | EDDY ALBERTO LOPEZ | EXEMPT PORTION OF PI SETTLEMENT | 8100-002 | | $14,400.00 | $6,587.86 |
| 11/02/16 | 1005 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,495.96 | $5,091.90 |
| 11/02/16 | 1006 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 9.06 % per court order. | 7100-000 | | $88.27 | $5,003.63 |
| 11/02/16 | 1007 | Kalcheim Haber Llp<br>134 N Lasalle<br>Suite 2100<br>Chicago, Il 60602 | Final distribution to claim 2 representing a payment of 9.06 % per court order. | 7100-000 | | $878.87 | $4,124.76 |
| 11/02/16 | 1008 | Usaa Federal Savings Bank<br>C/O Weinstein & Riley, P.S.<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 3 representing a payment of 9.06 % per court order. | 7100-000 | | $1,782.58 | $2,342.18 |
| 11/02/16 | 1009 | Sallie Mae<br>C/O Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 4 representing a payment of 9.06 % per court order. | 7100-000 | | $1,621.23 | $720.95 |
| 11/02/16 | 1010 | Bank Of America<br>4161 Piedmont Parkway<br>Greensboro, Nc 27410 | Final distribution to claim 5 representing a payment of 9.06 % per court order. | 7100-000 | | $720.95 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $30,360.49 | $30,360.49 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,360.49 | $30,360.49 |
| Less: Payments to Debtors | $0.00 | $14,400.00 |
| Page Subtotals: | $0.00 | $20,987.86 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Net $30,960.49   $15,960.49

Exhibit 9

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0906 - CHECKING ACCOUNT | $30,360.49 | $15,960.49 | $0.00 |
|  | $30,360.49 | $15,960.49 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $30,360.49 |
| **Total Gross Receipts:** | $30,360.49 |

Page Subtotals:    $0.00    $0.00